**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**601 Market Street Second Floor, Federal Courthouse**
**Philadelphia Pennsylvania 19106**

EX-REL UNITED STATES OF AMERICA

ESTATE OF NOBLE,

OFFICE OF THE SECRETARY and

DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

    Plaintiff/Claimant

                    OPA No.1628891950

                    **Receipt # 239073**

                    DOC. ID # 145-270

V.                  DATED  07/021964

                    **RECORDED 07/03/1964**

                    Case no._____

COURT OF COMMON PLEAS

PHILADELPHIA COUNTY   et. alii

OFFICE OF THE SHERIFF

PHILADELPHIA COUNTY et. alii

Anthony H. Banone CEO. and

BANK OF AMERICA NA. et. alii

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC et. alii

    Defendant(s)/Respondent(s)

                          **NOTICE OF REMOVAL**

                Under Protective Order- FRCP Rule 26(c)(A)

                **COMPLAINT UNDER DEMURRER FOR**
                                    **EQUITY**

---

                  Forged Deed Fraudulent Conveyance

                    Securities Fraud TAX Fraud

                  **DIVERSITY (s)**

                  Jury Trial Requested   **YES**

**CLAIMANT'S RIGHTS OF SUBROGATION UNDER EQUITY TO REVOKE INTERLOPERS FROM TRUST PASSING**

## Parties in this Complaint

1. **Plaintiff** is: UNITED STATES OF AMERICA
ESTATE OF NOBLE
In Trust to Reginald C. Noble/Grantor/Settler

1

49      Aka reginald noble YHWH
50      1533 Orland Street
51      Pennsylvania 19126
52      is the real owner, and landlord of the property hereinafter described
53      under Private Trust,

54

55  UNITED STATES OF AMERICA
56  EX-REL: ESTATE OF NOBLE:
57  OFFICE OF THE SECRETARY FOR
58   HOUSING AND URBAN DEVELOPMENT et. alii
59  Claimant/Plaintiff
60        V
61  COURT OF COMMON PLEAS
62  PHILADELPHIA COUNTY   et. alii

63

64  OFFICE OF THE SHERIFF
65  PHILADELPHIA COUNTY et. alii

66

67  Anthony H. Banone CEO. and
68  BANK OF AMERICA NA. et. alii

69

70  ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC et. alii
71      Defendant(s)/Respondent(s)
72    2.   Respondent(s)

73

74      **Robertson, Anschutz, Schneid, Crane**
75      **& Partners PLLC.**
76      Associate ID no. 325147
77      133 Gaither Drive, Suite F
78      Mount Laurel, New Jersey 08054

79

80      D2. Honorable Judge Fox        **BANK OF AMERICA NA**. and
81      **COURT OF COMMON PLEAS**   Anthony H. Banone CEO
82      PHILADELPHIA COUNTY     14405 Walter Road Suite 200
83      Dba CITY OF PHILDELPHIA   Houston, Texas 77014
84      Room 386 CITY HALL
85      Philadelphia, PA  19107
86      Attn: President Judge Idee Fox

87

88      D3 **Marcia Fudge** Secretary Plaintiff (Witness)
89      U.S. Department of H.U.D
90      451 7th Street, S.W.
91      Washington, D.C.  20410
92      Attn: Single Family Division Director-Philadelphia Region

93

94      D4 **Rochelle Bilal**, Sheriff

95   OFFICE OF THE SHERIFF, Philadelphia County
96   100 South Broad Street 5th Floor
97   Philadelphia Pa. 19110
98
99   **TO THE CLERK OF COURT**, kindly enter the following:

100   Pursuant to *28 U.S.C. §1651(a)*" whereas this "Claim under Demurrer for Relief    is

101   hereby entered by Settler/Heir/Beneficiary of the Reginald Noble Trust property, aka

102   landlord of the *"subject trust property"* being that of: 1533 Orland Street, Pennsylvania

103   in the Federal Reserve District (3) in zone 19126; which settled on the Second day of

104   July in the Year of our Lord One Thousand Nine Hundred Sixty Four, under **I**nstrument

105   *202531*; rooted in **R**eceipt number 239073 HUD no. 441-042124-221, deed

106   no.143N20-170 Block no. 945 Lot no. 37 which Plaintiff shall and has a ***duty to***

107   ***forever defend***. Plaintiff submits to this court of Equity, that this action, before this

108   Tribunal, becomes a record by Plaintiff grounded in three prongs; (**1**) as a right to issue

109   a writ of prohibition, (**2**) its right to subrogate for its equity and (**3**) by firsthand-

110   grounded facts, under Affidavit; which are clear and indisputable.

111   Further, Plaintiff avers that its *"subject trust property"* has received several

112   unwarranted foreclosure and writs of ejectment under court registry investment docket

113   number's *180400911,3084EDA2019, 190501616*, which Plaintiff submits to this

114   tribunal, were all induced by, (**1**) an invalid summary judgment, if any, (**2**) fraudulent

115   conveyance and (**3**) forged document (s (deed) and; (**4**) unconstitutional actions. Citing

116   Christos Sourovelis Plaintiff v. City of Philadelphia Defendant(s) et. alii. Case no 14-

117   4687, "Brief Quote The Commonwealth upon consideration of Plaintiff(s) and additional

118   plaintiff(s) who are entitled to the return of their property that was unlawfully taken

119   from them in direct violation of the Pennsylvania Constitution, and the Order entered

120   by the Commonwealth Court, In case law cited as Commonwealth of Pennsylvania, vs.

121   Justin Irland, The Commonwealth and its Court never had right to **CONFISCATION**

122   **AUTHORITY,** and that it never came with them from across the sea , also religious

123   immunity from (tax, levy, and fees)as cited by our Supreme Court, in Murdock vs.

124   Pennsylvania, cited as case law, 319 U.S. 105, et. seq. incorporated and made part of

125   this **ORDER".** Certified Order as of January 03, 2020 in United States District Court.

126   Opinion: every seizure of one's property is a crime, along with fraudulent deed transfers

127   by the unlawful Sheriff's department et. alii, Law Firms and alike et. alii, and the Court

128   every action of the Court and Judge's constitutes a conflict of interest, thus meaning

129   all judgments are **VOID.**

130   Therefore, Beneficiary having no adequate alternative means of obtaining the requested

131   relief, presents *its* Petition, request relief and dismissal of all "*prowling purchasers*" and

132   "*Interlopers*" seeking, "collateral and security interest", it doesn't have right or title to

133   and; Beneficiary names the STATE OF PENNSYLVANIA, et al, and The Secretary of

134   UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, JAMES

135   LEONARD Recorder of Deeds its Agents, and Contractors, et al, as primary

136   Respondents. Beneficiary shall reserve its right to amend Respondent(s), if any.

137   Plaintiff shall provide its certified statement of his *trust fund account* as mandated by

138   *28 U.S.C. §1915* and as no contract exist between the complainant and the

139   Respondent(s) thus complainant and this court is wanton of jurisdiction and is without

140   personam, subject matter and in rem jurisdiction over the "subject trust property" and

141
142                           **I.    Basis of Jurisdiction**

4

143

144    This court has plenary power to administer *equity* according to well-settled principles

145    of *equity* jurisprudence in cases and subject matters under its jurisdiction; *Turner v.*

146    *Hostellar, 359 Pa. Super. 167,518 A.2d 833(1986).* Under Rule 3165 "After execution

147    and return of the writ, if the accused shall reenter into possession, the Prothonotary,

148    upon Praecipe and affidavit setting forth the facts, filed within (3) years after the return

149    of the writ on which execution was completed, shall issue a new writ of possession."

150    This Court also has jurisdiction over this matter pursuant to *35 U.S.C. 31* Inclusive

151    with *28 U.S.C 2201* and the uniform Declaratory Judgment Act, *U.S. Code 2201,*

152    *Chapter 151* of United States Code and *Chapter 85 of Tittle 28 1338* and; this court has

153    personal jurisdiction over all Respondent(s) because all Respondent(s) are organized

154    in, residence of and\or have their principal offices in this judicial district, venue is

155    proper in this court pursuant to *Chapter 87 of Tittle 28* because Respondent(s), have a

156    regular and established place of business in this Judicial District, defined in *28 U.S.*

157    *Code 451*; notwithstanding the Respondents affiliating in and within the Federal

158    Reserve District and because jurisdiction in Pennsylvania is a creature of the

159    Constitution. A challenge can be raised by any party or by the court *sua sponte*, at any

160    time, even on appeal. Jurisdiction can be challenged at any time, and Jurisdiction,

161    once challenged, cannot be assumed and must be decided. The District Court of

162    Philadelphia County, Pennsylvania cannot rule on its own jurisdiction and;

163             **(a) Federal Question**

164    Pursuant to Notice 95-100 H.U.D; Congress passes the Single-Family Mortgage

165    Foreclosure Act- *(PL- 103-327; 12 U.S.C 3751-3768)* which clearly states "*all foreclosure*

166  *actions under the new legislation must be initiated in the name of the Secretary of*
167  *Housing and Urban Development.*" Aka Marcia Fudge, the Secretary. Please clarify the
168  above United States Code above?

169

170  ### (b)  Federal Question

171  Judgments are VOID on its face; that are procured by fraud; see (*Long v. Shorebank D*
172  *Corp.), 182 F.3d 548 (C.A.7 Ill. 1999th).*

173  ### Discovery Control Plan
174
175  Plaintiff intends to conduct discovery under FRCP Rule 26(a)(1) and FRCP Rule
176  26(c)(A).

177
178
179  ### AFFADAVIT OF CLAIM
180
181
182  WHEREAS, On 07/02/1964, Grantor/Owner aka Landlord made, executed and
183  delivered a *security note* upon the premises hereinafter described to ASSURED
184  LENDING CORPORATION, hereinafter [*borrowers*] which received full consideration
185  under lawful contract and under the covenant; no parts of *Grantor's* original security
186  instrument, hereinafter described as the note, can and will **NOT** be assumed without
187  the written consent of the *Grantor or Guardian of the Covenant*; this Affidavit
188  constitutes NO COUNTY, NO SHERIFF, or CORPORATE BODY-POLITIC or
189  INTERLOPERS ACTOR(s) hereinafter named ,lenders et al and;
190  Pursuant to Rule 12 (B)(4)(C)(P):
191  Void Judgment of Unauthorized Sheriff Sale March 5th 2019 no due process,
192  Fraudulent transfer, and forged Deed March 17, 1981 without owners knowledge no
193  stamp or seal on a recorded deed, upon the Court not only was the Sheriff Sale an
194  illegal act, and unlawful conversion clouting the rights to title, Defendant and their

195  Attorney of Record is Guilty and being in contempt of Court for transmogrifying the

196  Order of Judge Fox, see attached exhibit.

197  Wherefore, the Defendant/Counter Plaintiff moves the Court for Order to open and

198  vacate the illegal void Sheriff Sale and Strike all illegal improper instruments that

199  wrongful clout right to title, Plaintiff also move this Honorable Court for Awards of

200  Punitive Compensatory Damages and all other just relief appropriate and necessary

201  to curtail their "BAD" Behavior, man hereby invoke the doctrine of Postliminium.

202  WHEREAS, beneficiary avers for the record, that he is the priority registered holder of

203  the instrument (H105.102) which was conveyed in Pennsylvania; forming a Trust

204  under Federal Home Loan Bank- FRB in the second district (Philadelphia) under

205  Instrument *202531*; rooted in Receipt number 239073 HUD no. 441-042124-221,deed

206  no.143N20-170 Block no. 945 Lot no. 37 rooted BANK/STREET Name: NOBLE

207  REGINALD TRUST TO HIS HEIR(s) FOREVER, FTC number *****9852 aka NAME

208  CONTROL:REGINALD; NOBLE ESTATE EIN# **-***5107;

209  WHEREAS, beneficiary avers for the record he is the priority registered holder, who

210  conveyed, assigned and pledged *its* security and settled a deed of trust, dated

211  07/03/1964 on Book (VSC) *** page ***, in the County of Philadelphia; which recorded

212  under doc id(s); being Account No. 202531; being Registry No. M145-270 with receipt

213  # 239073 tied to premises in care 1533 Orland Street 19126 and;

214

215  WHEREAS, beneficiary avers for the record, he is the registered holder, whom settled

216  and cleared # ***-**-5280 EMMA NOBLE  now deceased was Trustee not the owner at

217  settlement with the USHUD, Federal Reserve Bank Agency-second District's servicer

218  aka ASSURED LENDING CORPORATION et al dba Agent and Contractor for the United

219  States Department of Housing and Urban Development on July 02, 1964, under

220  security instrument# 196245280 USN EMMA NOBLE; all other assignments are

221  deemed void and, Bank of America have no standings, nor Contract with said owner.

222

223  WHEREAS, beneficiary avers for the record, on or about January 2022; redemption of

224  full equity from "my alleged abandonment" was requested under the watchful "eye" of

225  the Ecclesiastical official, Rochelle Bilal **dba** Sheriff for PHILADELPHIA COUNTY who

226  has violated her **OATH OF OFFICE** which by law is a criminal actet. al. under Court

227  Registry Investment number # 202531; all request were openly denied under C.R.I.S

228  account # 190501616 and under **I**nstrument *202531*; rooted in **R**eceipt number

229  239073 HUD no. 441-042124-221,deed no.143N20-170 Block no. 945 Lot no. 37 and;

230  WHEREAS, beneficiary avers for the record, that the following Respondent(s) have

231  conspired and deluded my securities and have attempted to bar Beneficiary from its

232  Equity for pecuniary gain; (transcripts can be made available) and;

233

234  WHEREAS, the Respondent(s), attached to this matter, are **Marcia Fudge**, dba

235  Secretary for and on behalf of THE UNITED STATES DEPARTMENT OF HOUSING, and

236  URBAN DEVELOPMENT, et al, and James Leonard dba Commissioner Couty of

237  Pennsylvania et alii; all whom **may** be subject to a fraudulent transfer of "real property"

238  from a Trust; and Robertson, Anschneid, Crane, & Partners PLLC, conspired to "*act*

239  *out of uniform*" disguised as living man at that time reginald noble YHWH, aka the

240  priority grantor, and registered holder by *forging* signatures on legal documents;

8

241  nothing short of RICO, Securities Fraud, Identity Theft, False claim and Trust Theft by

242  deception and a host of other violations for pecuniary gain and;

243      WHEREAS, beneficiary avers for the record, that the above claim falls under a

244  "well pleaded complaint rule" (see FRCP 8) and (Friedenthal sec 2.2)

245      WHEREAS, beneficiary avers for the record, and all any assignment(s) after

246  07/02/1964, are here and now VOID on its face; that was procured by fraud; see (

247  ***Long v. Shorebank DCorp., 182F.3d 548 (C.A.7 III. 1999th)*** and;

248  WHEREAS, beneficiary avers for the record and with any case with respects to the

249  CCP# 190501616, 180400911, Law firm violating Judge Ida Fox's ORDER, that

250  Grantor aka Plaintiff in this instant matter cannot be accused as a Defendant or

251  referred to as "OCCUPANT" which is a lie Federal question "OWNER" and any matter

252  pending must be dismissed for lack of subject matter, Ownership is under Trust and

253  has been changed by the Original owner in personam and in rem jurisdiction and lack

254  of due process {*or course*} of the law. Per the code of Judicial Conduct §2 and §3 the ***J.***

255  is deemed to know the law and the ***J.*** knowing the law would violate his constitutional

256  duty and would be in perjury of oath if it were to continue which would equate to

257  treason against the Trust to which the plaintiff aka Beneficiary is with the duty to

258  report to the Governor of the State of Pennsylvania et al and;

259  **WHEREAS**, a Bond is affixed to case no. 190501616 Bond no.R895124676N69 Value

260  at $300,000,000.00, @ par 43.35%, and issued June 21,2019 and deposited to be

261  administered by this agency to "clear the Court Registry Investment docket#

262  190501616" and set the record, [E]state to its proper status and restore that which

263  was done in error or malice back to *its* beginning point; Plaintiff invokes a

264   commandment, to forgive all trespassers under the watchful eye of God and his law

265   and;

## IV. AVERMENTS IN SUPPORT

267   WHEREFORE, [**T**]he undersigns, has full authority as sole Beneficial Owner of the

268   "subject trust property", designated representative and Lessor for NOBLE, Reginald;

269   aka ("assignor") brings this on an emergency basis and under proper cause

270   demonstrated with other "circumstance so grave and compelling that constitutes

271   extraordinary cause justifying this court's immediate intervention", Simpson, 350 Pa.

272   Super. 337,504 A. 2d at 245 citing to Klugman, 198 Pa. Super. At 272, 182 A.2d at

273   225 and pursuant to  Fraudulent Conveyance of the Noble Reginald in Trust [E]state

274   since July 02, 1964;  and to move this court to issue WRIT of REPLEVIN ("order" or

275   "judgment") against all defendant(s) for certain violations of, without limitation, the

276   Foreign Corrupt Practices Act (FCP Act), Racketeer Influenced and Corrupt

277   Organizations (RICO Act); Trafficking of  Persons; Identify Theft; False Claims Act,

278   White Collar Crime , Tax Fraud inclusive without Limitation to, similar provisions with

279   respect to similar fraud; anti-bribery Provisions of the FCPA, now also apply to foreign

280   firms and persons who cause, directly or through agents\instrumentalities thereof, an

281   act in furtherance of such a Corrupt ***payment*** to take place within the territory of the

282   United States; casuistry, Money laundering; general abuse. Plaintiff moves this court

283   for a WRIT OF REPLEVIN or Decree and Ordering Immediate Relief involving NOBLE's

284   Public Trust which has been restrained and usurped by Respondent(s),

285         WHEREAS, and pursuant to *"Hale v. Henkel" it has been well* established and

286   decided by the United States Supreme Court in 1906. The opinion of the court states:

287    "The "individual" may stand upon "his Constitutional Rights" as a Citizen. He is entitled

288    to carry on his "private" business in his own way. His power to contract is unlimited.

289    He owes no duty to the State or to his neighbors to divulge his business, or to open his

290    doors to an investigation, so far as it may tend to incriminate him. He owes no duty to

291    the State, since he receives nothing there from, beyond the protection of his life and

292    property. His rights are such as existed by the Law of the Land (Common Law) "*long*

293    *antecedent*" to the organization of the State and can only be taken from him by due

294    process of law, and in accordance with the Constitution. He owes "nothing" to the

295    public so long as he does not trespass upon their rights". "Henkel, *supra* is binding on

296    all the courts of the United States of America until another Supreme Court case says

297    it isn't. No other Supreme Court case has ever overturned [201 U.S. 43 at 89 (1906)].

298    None of the various issues has ever been overruled since 1906. It has been cited by the

299    Federal and State Appellate Court systems over 1,600 times.[1] This Beneficiary has

300    never surrendered any rights to "*PENNSYLVANIA*" aka this "state" in exchange for

301    benefits and;

302    WHEREAS, the Beneficiary's law is his family Bible and his status is shown through

303    the seal of his family and the sti[y]le of his Name. Beneficiary says that he is of whom

304    he says he is, a Pennsylvanian, and any other status is rebutted and opposed.  Since

305    the Civil War all government in this State has operated within the military occupation

306    territory of the State of Pennsylvania as *de facto* government.  There has never been a

307    plebiscite of the people for the restoration of de jure Republican form of government.

---

[1] *Trinsey v. Pagliaro*, 229 F. Supp. 647 (E.D. Pa. 1964)

308   The corporate status of an individual entering the court is by operation of law

309   automatically assumed by the court unless PRCP Rule 52 counter be given to the

310   rebuttal of such assumptions then made and;

311   Whereas the Court of Appeals expressed agreement, more significantly,

312   "reasonableness is still the ultimate standard" under the Fourth Amendment, Camara,

313   supra, at 539, which means that numerous seizures of this type will survive

314   constitutional scrutiny. As is true in other circumstances, the reasonableness

315   determination will reflect a "careful balancing of governmental and private interests."

316   T.L.O., supra, at 341. Assuming, for example, that the officers were acting pursuant to

317   a court order, as in Specht v. Jensen, 832 F.2d 1516 (CA10 1987), or Fuentes v. Shevin,

318   407 U.S. 67, (1972), and, as often would be the case, a showing of unreasonableness

319   on these facts would be a laborious task indeed. Cf. Simms v. Slacum, 3 Cranch 300,

320   301 (1806). Hence, while there is no guarantee against the filing of frivolous suits, had

321   the ejection in this case properly awaited the state court's judgment, it is quite unlikely

322   that the 72 federal court would have been bothered with a § 1983 action alleging a

323   Fourth Amendment violation. *72 Moreover, we doubt that the police will often choose

324   to further an enterprise knowing that it is contrary to the law or proceed to seize

325   property in the absence of objectively reasonable grounds for doing so. In short, our

326   reaffirmance of Fourth Amendment principles today should not foment a wave of new

327   litigation in the federal courts.

328   _____

329   *Soldal v. Cook County 506 U.S. 56 (1992)*

330

331  WHEREFORE, because the Court has the burden of proof demonstrating that the

332  Court is with subject matter jurisdiction over the subject matter of the case, in

333  personam jurisdiction over the accused and in rem jurisdiction over [A] defendant.

334  Want of Jurisdiction may not be cured by consent of parties. Because in Trinsey, the

335  court stated that '[s]tatements of counsel in their briefs or argument while enlightening

336  to the Court are not sufficient for purposes of granting a motion to dismiss or summary

337  judgment.' The briefs and pleadings of by Sheriff Department, A PUBLIC

338  CORPORATION are insufficient and therefore cannot state a claim upon which relief

339  can be granted because no person exists with first-hand knowledge other than the

340  Grantor, aka Reginald Noble son and heir for the ESTATE OF EMMA NOBLE Deceased,

341  and cannot give testimony, but to the contrary, The alleged foreclosure was introduced

342  on the basis of a Fraudulent **(Forged Deed)** and is relevant in Pennsylvania through

343  the full faith and credit clause. States must also respect judgments from federal courts,

344  tribal Courts to which the State has a process for recognizing and enforcing judgments,

345  decrees, and orders from the other states and federal courts in the United States and;

346
347
348  WHEREFORE and IN WITNESS WHEREOF, Plaintiff, as Beneficial Owner under State

349  of Pennsylvania, Department of Health, Registrar File No. 162889-1950 this man be

350  no longer under the corporate veil, is one in the spirit, and hereby, require the court to

351  issue a decree for EQUITY and COLLATERAL ESTOPPEL Pursuant to *35 U.S.C. 315 (e)*;

352  and upon embezzlement of a **security instrument** pursuant to *18 U.S.C. 656.* For

353  these cogent and truthful reasons, and constrained by every obligation of justice,

354  honor, patriotism, religion, and humanity, I do solemnly demur to the subject matter,

355  in personam and in rem jurisdiction, and process and service of process of this court,

356  and requests the judgment of the Court whether he must answer further and prays

357  this demurrer be sustained and the bill {*or complaint*} against him be dismissed with

358  prejudice for the grounds {*or causes*} stated above and if the fell deed is to be

359  consummated, your demurrer must deem and treat it as an act of usurpation and a

360  nullity, by it your demurrer can in no manner whatever be bound. The beneficiary

361  faithfully believes that he is acting within the law of the land {*or, that his decisions and*

362  *this his Notice of Demurrer comply with the law of the land*}.

### Relief

363
364

365  WHEREAS, and because the Beneficiary's equity has been taken, damaged, or

366  destroyed without his effective consent and such is a violation of United States Const.

367  at Amendment V and Pennsylvania Const., *respectively* and as such the Beneficiary is

368  not secure in his person, a violation of Art 1 Section 9 Pennsylvania Const. The accused

369  has contacted or acquired 1) the Fund Manager, 2) an affidavit will be forthcoming from

370  the Broker pulling the prospectus, 3) the Internal Revenue Service, 4) the Federal Trade

371  Commission, 5) Office of the Inspector General, 6) Social Security Administration, and

372  7) possible Fidelity Investments for reasons of fraud and identity theft. The Beneficiary

373  will be transferring said security {*or funds*} to a trust for further management and

374  administration for his benefit. Beneficiary reserves its right to provide a Prospectus

375  Report for Cause No. 190501616 et al (CCP 190501616, 180400911 [PA]) trading with

376  Fidelity Advisor® Real Fund – CUSIP (N/A) – Amount: $300,000,000.00 plus Interest

377   @ Par 43.35 within Common Pleas Court Account, allegedly – and any other Amounts:

378   as of 01/18/2022.

379   FOR THESE REASONS, Beneficiary requires a Writ of Replevin or Order pertaining to

380   the Fiduciary duties and Rights associated with the operations of the Agency, as Sole

381   Beneficial Owner by Certification to bear assets (INSTRUMENTS) owned through a

382   natural person or SUR-LAST NAME organization, pertaining to its cost or fair market

383   and intrinsic value, beneficiary require all Public Servants under the direction of Josh

384   Shapiro, Attorney General of the STATE OF PENNSYLVANIA including but not limited

385   to Diane Cortes, dba PHILADELPHIA COUNTY Solicitor, Acting Judges; Prosecutors;

386   Foreclosure Commissioners, et al claiming interest, and or persecuting by false claim

387   to put in the record the following;

388   1.   Name of Issuing Party to: 1533 Orland Street 19126

389   2.   Delegation of Authority Order;

390   3.   Jurisdiction and Venue;

391   4.   Insurance Bond, Dishonesty Bond No. and all other Bonds of suretyship;

392   5.   EIN  and FAR numbers

393   6.   All Taxable forms – 1096, 1099, (and all others identifying a taxable event)

394   7.   Record of who is the true lender/creditor

397   ***The Great Charter, The Said (Authorized KJV) Letters Patents is EXPRESSED***

399   *"Because he hath appointed a day in which he will judge the world in righteousness by that*
400   *man (female or male) whom he hath ordained; whereof he hath given assurance unto all men in*
401   *that he hath raised him from the dead, - Acts 17:31 KJV*

403   *"Far thus saith he the LORD, Ye have sold yourselves for naught: and ye shall be redeemed*
404   *without money"- Isaiah 52:3*

406   *"You shall not bear false witness against your neighbor, this principle includes all forms of*
407   *lying and/or casuistry and likewise deceit, - Exodus 20:16*

15

408
409 THEREFORE "For these cogent and truthful reasons, and constrained by every

410 obligation of justice, and honor, I, **lord reginald 1**, do hereby, and now solemnly *affirm*,

411 that I am **NOT** a U.S. citizen. The Settler/Beneficiary is neither incorporated nor is he

412 a corporation, nor an individual entity, or property, or a franchise of the federal

413 government. Your affiant is a citizen of heaven, where the Lord, **Christ** lives.

414 Beneficiary believes in good faith, and conscience that he is acting within the law {*or,*

415 *that his decisions comply with the law*}. Said property is under **Private Trust via**

416 **Counter Deed** since June 2019, and **Aboriginal Title.**

417
418
419
420
421
422
423
424
425
426
427
428
429
430
431
432
433
434
435
436
437
438
439
440
441
442
443
444

"With sincerity and to all which is respectfully **AFFIRMED**"

Affirmed to and subscribed before this court this <u>14</u>, Day in the month of December 2021

By: _____, Grantor

WHEREFORE and IN WITNESS WHEREOF I, <u>Felicia F. Anderson, Notary</u>
State that One, the undersign affix my seal and signet with endorsement on this<u>   14   </u> day
Of <u>December</u>, 20 <u>21</u>

SIGNED, SEALED AND ENDORSED          } BY: /s/ _____
                                     }
IN PRESENCE OF:                      }
                                     }     Signer for Noble, Reginald Trust
                                     }     Title: ASSIGNOR/SETTLER
                                     }     Without Recourse
                                     }     CESTUI QUE USE
                                     }
                                     }     ALL RIGHTS RESERVED
                                     }
                                     }
                                     }
                                     }

Commonwealth of Pennsylvania - Notary Seal
FELICIA F. ANDERSON , Notary Public
Philadelphia County
My Commission Expires July 13, 2022
Commission Number 1284204

<u>Felicia F. And</u>
NOTARY PUBLIC



UNITED STATES OF AMERICA
ESTATE of NOBLE
Noble: Reginald C. Grantor/Settler
1533 Orland Street
Philadelphia Pa. 19126
Plaintiff/Claimant

Case no._____

## CERTIFICATE OF SERVICE

THE OFFICE OF THE SHERIFF
Attn: General Counsel
c/o 100 South Broad Street, 5th Floor
Philadelphia County, PA 19110

OFFICE OF THE GOVERNOR
Tom Wolf, Governor
508 Main Capital Building
Harrisburg Pennsylvania 17120

OFFICE OF THE COMMISSIONER
James Leonard, Commissioner
City Hall Room 154
Philadelphia Pennsylvania 19103

OFFICE OF THE SECRETARY
Marcia Fudge, Secretary of Department of H.U.D.
451 7th Street, Southwest
Washington, D.C. 20410

BANK OF AMERICA, NA.
Anthony H. Banone CEO
14405 Walter Road Suite 200
Houston, Texas 77014
Defendant(s)/Respondent(s)

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
& PARTNERS PLLC
Associate ID no. 325147
133 Gaither Drive, Suite F
Mount Laurel, New Jersey 08054

Date 01/18/2022

/s/:_____ Registrant
Signature of Reporting Agent for NOBLE

Registrant for Registered Security(s)
on behalf of the Settler/Trustee –NOBLE
c/o 1533 Orland Street
Pennsylvania Republic- USA- 19126

**Case no.** _____

TO: THE CLERK OF COURT

<u>**VERIFICATION**</u>

I, hereby certify, and have caused the above Certificate of Service et. alii, to be entered upon this court of equity, and attest to the accuracy of its content, and request(s):

Date: 01/18/2022                          /s/ _____.·L.S. Settler/Trustee

*Evidence   1*

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

DOCKETED
TRIAL DIVISION - CIVIL
19 AUG 2019

**T. ITALIANO**

| | |
|---|---|
| *BANK OF AMERICA, N.A.* | *May Term 2019* |
| *VS* | *No. 01616* |
| *YHWH ETAL* | |

## *CASE MANAGEMENT ORDER*
### *EJECTMENT*

This matter will be scheduled for a trial date in the November 2019 **Trial Ready Pool**. This matter is subject to "next-day" call to trial, effective the first Monday of the trial pool month. All counsel and parties must immediately notify the court of any scheduling conflicts, including trial attachment and pre-paid vacations by electronically filing a trial pool conflict letter and are under a continuing obligation to notify the court of any subsequent trial attachments during the trial pool month. The Court will not recognize any untimely conflict notifications. Failure to notify Court of scheduling conflicts will result in the imposition of appropriate sanctions. To electronically file the trial pool conflict letter, access the "Existing Case" section of the court's electronic filing system. Select "Conference Submissions" as the filing category. Select "Trial Pool Conflict Letter" as the document type.

All Motions *in Limine* shall be filed in accordance with Electronic Filing Procedures not later than fifteen (15) days prior to the start of trial. Responding party shall have ten (10) days thereafter to file a response.

Requests for a continuance must be made by way of Motion for Extraordinary Relief and *may be made only under exigent circumstances.*

All correspondence should be submitted via the Civil Electronic Filing System under filing category "Conference Submissions." Any party without access to the Civil Electronic Filing System may submit written correspondence to the Court directed to the Honorable Lisette Shirdan-Harris, via facsimile (215-686-5137) or U.S. Mail (Room 622, City Hall, Philadelphia PA 19107). All parties must be copied on all correspondence to the Court.

*BY THE COURT:*

_____
*Lisette Shirdan-Harris, J.*
*Team Leader*

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA, ESTATE OF NOBLE

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

BANK OF AMERICA , and ANTHONY H. BANONE
OFFICE OF THE SECRETARY, DEPARTMENT OF H.U.D. and
MARCIA FUDGE, SECRETARY

County of Residence of First Listed Defendant   HOUSTON
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
      Plaintiff

☐ 2  U.S. Government
      Defendant

☐ 3  Federal Question
      *(U.S. Government Not a Party)*

☒ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☒ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☒ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | Exchange |
| | Medical Malpractice | | Leave Act | | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
      Proceeding

☒ 2 Removed from
      State Court

☐ 3 Remanded from
      Appellate Court

☐ 4 Reinstated or
      Reopened

☐ 5 Transferred from
      Another District
      *(specify)*

☐ 6 Multidistrict
      Litigation -
      Transfer

☐ 8 Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
18 USC 1028A, 18 USC 872, 18 USC 894

Brief description of cause:
Forged Deed, False Claim, Obstruction of Justice, Derivation of Rights, Unconstitutional Practices(Due Process)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
   UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   01/18/2022

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____