UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
601 Market Street Second Floor, Federal Courthouse
Philadelphia Pennsylvania 19106

UNITED STATES OF AMERICA
ex-rel ESTATE OF NOBLE,
OFFICE OF THE SECRETARY
U.S. DEPARTMENT OF URBAN DEVELOPMENT
 Plaintiff/Claimant
      vs

COURT OF COMMON PLEAS et. alii

Rochelle Bilal, Sheriff
OFFICE OF THE SHERIFF
PHILADELPHIA COUNTY et. alii

Case no. 2:22-CV-00295-JDW

Anthony H. Banone CEO. and
BANK OF AMERICA NA. et. alii

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC et. alii
   Defendant(s)/Respondent(s)

PETITION FOR EMERGENCY STAY AND TEMPORARY INJUNCTION ON THE BASIS
OF THE FOLLOWING:

To the Clerk of Court:

Pursuant to Notice 95-100 H.U.D; Congress passes the Single-Family Mortgage Foreclosure Act- *(PL- 103-327; 12 U.S.C 3751-3768)* which clearly states *"all foreclosure actions under the new legislation must be initiated in the name of or by the Secretary of Housing, and Urban Development."* Aka Marcia Fudge, the Secretary. Please clarify the above United States Code above, and 24 CFR sec.247 all sub parts

Noble: Registrant no. 162889-1950

1



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
601 Market Street Second Floor, Federal Courthouse
Philadelphia Pennsylvania 19106

UNITED STATES OF AMERICA
ex-rel ESTATE OF NOBLE,
OFFICE OF THE SECRETARY
U.S. DEPARTMENT OF URBAN DEVELOPMENT
Plaintiff/Claimant
      vs

COURT OF COMMON PLEAS
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
Rochelle Bilal, Sheriff
OFFICE OF THE SHERIFF
PHILADELPHIA COUNTY et. alii

Case no. 2:22-CV-00295-JDW

Anthony H. Banone CEO. And
BANK OF AMERICA NA. et. alii

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC et. alii
   Defendant(s)/Respondent(s)

## ORDER

On this _____ day in the month of _____ in the year, 20_____,

We/I move this honorable Court to grant a temporary injunction (stay) until all LEGAL remedies are exhausted for said property & land located at 1533 Orland Street Philadelphia Pa. 19126, based on the Congressional legislation brought into Law being final and complete.

It is so ORDERED and GRANTED with prejudice.

_____
                        J

2