COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY,
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION- CIVIL

BANK OF AMERICA NA

vs.

REGINALD NOBLE YHWH
And Heirs

Case No.190501616

## NOTICE OF REMOVAL

**TO WIT: HEREBY** entered on this 24 day in the month of January in the year 2022, **NOTICE OF REMOVAL** upon the above dockets for immediate removal from Court of Common Pleas, First Judicial District of Pennsylvania, and all other dockets (Bonds) associated forthwith; to the United States Federal District Court, of Eastern Pennsylvania January 24, 2022, bearing Case Docket **No. 2:22-CV-00295-JDW.**

Fact: this removal necessary to haul all action perpetrated unconstitutionally by the Court of Common Pleas, violations are of 24 CFR 247 Federal Code, and Title 18 4101, 4102 Pennsylvania Code, Commonwealth of Pennsylvania v. Justin Irland Case no. 14-4687, the never had confiscation authority, and violation of Resolution 160256, all actions pertaining to "Notice of Eviction", it is confirmed that all matters pertaining to case no. 190501616 and all other case no. subject to; now is officially moved from, COMMON PLEAS COURT OF PHILADELPHIA COUNTY INC.et. alii, of the date indicated above all parties agree that this is the proper jurisdiction now established forthwith without intervention by this Court et. alii.

Dated on __24__ day, January 2022      BY:_____©® LS
Noble 162889-1950 Trustee