UNITED STATES FEDERAL DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
601 Market Street First Floor, Federal Courthouse
Philadelphia Pennsylvania 19106

USDC-EDPA REC'D CLERK
2022 FEB 1 AM 8:44

UNITED STATES OF AMERICA
ex-rel ESTATE OF NOBLE,
OFFICE OF THE SECRETARY
U.S. DEPARTMENT OF URBAN DEVELOPMENT
 Plaintiff/Claimant

    vs

COURT OF COMMON PLEAS et. alii

Rochelle Bilal, Sheriff            Case no. 2:22-CV-00295
_____
OFFICE OF THE SHERIFF
PHILADELPHIA COUNTY et. alii

Anthony H. Banone CEO. and
BANK OF AMERICA NA. et. alii

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC et. alii
    Defendant(s)/Respondent(s)

_____

## NOTICE TO STRIKE MOTION FOR TEMPORARY INJUCTION (STAY)

To the Clerk of Court:

On this _____ day in the month of January in the year 2022, I the Plaintiff SHALL move this Honorable Court to Strike the above Motion (Temporary Injunction) from the record without prejudice.

*Reginald-Cupid: Noble, beneficiary*

UNITED STATES FEDERAL DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
601 Market Street First Floor, Federal Courthouse
Philadelphia Pennsylvania 19106

UNITED STATES OF AMERICA
ex-rel ESTATE OF NOBLE,
OFFICE OF THE SECRETARY
U.S. DEPARTMENT OF URBAN DEVELOPMENT
 Plaintiff/Claimant
                    vs

COURT OF COMMON PLEAS et. alii

Rochelle Bilal, Sheriff                                              Case no. 2:22-CV-00295

OFFICE OF THE SHERIFF
PHILADELPHIA COUNTY et. alii

Anthony H. Banone CEO. and
BANK OF AMERICA NA. et. alii

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC et. alii
    Defendant(s)/Respondent(s)

---

## ORDER

On this _____ day in the month of _____ in the year 20_____ it is hereby ORDER, and GRANTED, that the TEMPORARY INJUNCTION (STAY), is stricken from the record

It is so Ordered without prejudice.


                                                          _____
                                                                         J