UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
601 Market Street First Floor, Federal Courthouse
Philadelphia Pennsylvania 19106

USDC-EDPA REC'D CLERK
2022 FEB 1 AM 8:49

UNITED STATES OF AMERICA
ex-rel ESTATE OF NOBLE,
OFFICE OF THE SECRETARY
U.S. DEPARTMENT OF URBAN DEVELOPMENT
 Plaintiff/Claimant

vs

COURT OF COMMON PLEAS et. alii

Rochelle Bilal, Sheriff                                    Case no. 2:22-CV-00295

OFFICE OF THE SHERIFF
PHILADELPHIA COUNTY et. alii

Anthony H. Banone CEO. and
BANK OF AMERICA NA. et. alii

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC et. alii
 Defendant(s)/Respondent(s)

## NOTICE OF ERROR

To the Clerk of Court, please review and make the following adjustments in this filing:

1. This property I had ownership and in Trust since 1964, see original deed and in March 17th 1981 the property was stolen via forged deed with no notary stamp or seal making it a fraudulent deed transfer, case law Harris v. Harris 239, A. 2d 783, 784 (pa. 1968), which all was done without my knowledge.

2. This filing has nothing to do with Rent the basis of this filing is Fraud, and Forgery and other related unlawful actions, see attached, fraudulent deed

3. The other error is for a Trial by Jury was checked off, which may have been an oversight by the Court, attached Civil cover sheet.

4. The filing in this case was under, 375 False Claims Act, in which the defendant(s) must prove otherwise by Law.

*Reginald-Cupid;Noble, beneficiary*

Evidence 3

143N20-170        Original Deed Laurel Deed
                        in Trust

BLOCK 945 LOT 37  P.T.I. CO.

# This Indenture MADE THE 2nd D 218 143 86 86 99(?)

day of July in the year of our Lord one thousand nine hundred and sixty-four (1964) **Between** JOSEPH SCIPIONE and ANNE M. SCIPIONE, his wife; of the City and County of Philadelphia, Commonwealth of Pennsylvania; (hereinafter called the GRANTORS) of the one part:

AND

EMMA J. NOBLE, In Trust for Reginald C. Noble, a minor; (hereinafter called the GRANTEE) of the other part:

**Witnesseth**, That the said Grantors

for and in consideration of the sum of EIGHTY-SIX HUNDRED ($8600.00) DOLLARS lawful money of the United States of America, unto them well and truly paid by the said Grantee

at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, have granted, bargained, sold, aliened, enfeoffed, released and confirmed, and by these presents do grant, bargain, sell, alien, enfeoff, release and confirm unto the said Grantee, her Heirs, Successors

and Assigns,

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected,

SITUATE in the Fiftieth Ward of the City of Philadelphia.

BEGINNING at a point on the North side of Orland Street (Forty feet wide) at the distance of Two hundred fifty-six feet, ten inches Westwardly from the West side of Fifteenth Street (Sixty feet wide).

CONTAINING in front or breadth on the said Orland Street Sixteen feet and extending of that width in length or depth Northwardly between lines at right angles to the said Orland Street Sixty feet to the middle line of a certain Fourteen feet wide driveway which extends

Westwardly from the said Fifteenth Street to Sixteenth Street.

BEING No. 1533 Orland Street.

BEING the same premises which John William Fleming and Margaret J., his wife, by Indenture bearing date the Thirtieth day of November, A.D., 1939, and recorded at Philadelphia, Pennsylvania, in Deed Book C.A.B. No. 1251, Page 128 &c., granted and conveyed unto the said Joseph Scipione and Anne H., his wife, as tenants by the entireties.

SUBJECT to certain building restrictions of record.

TOGETHER with the free and common use, right, liberty and privilege of the above mentioned driveway as and for a passageway and watercourse at all times hereafter, forever.

AND

    

       

   

The State and City stamps affixed, represent full consideration, including liens and incumbrances.

**Together** with all and singular the ____ buildings, Streets, Alleys, Passages, Ways, Waters, Water-courses, Rights, Liberties, Privileges, Hereditaments and Appurtenances whatsoever thereunto belonging or in anywise appertaining, and the Reversions and Remainders, Rents, Issues and Profits thereof; and all the Estate right, title, interest, property, claim and demand whatsoever of them, the Grantors as aforesaid,

in law, equity, or otherwise howsoever, of, in and to the same and every part thereof,

**To have and to hold** the said ____ lot or piece of ground with the buildings and improvements thereon erected, ____ Hereditaments and Premises hereby granted, or mentioned and intended so to be, with the Appurtenances unto the said

Grantee, her Heirs, Successors ____ and Assigns, to and for the only proper use and behoof of the said

Grantee, her Heirs, Successors ____

and Assigns for ever. UNDER AND SUBJECT as aforesaid.

IN TRUST, nevertheless, for the following uses, intents and purposes and UNDER AND SUBJECT to the several provisos, restrictions, limitations and conditions following, that is to say: That she, the said Emma J. Noble, Trustee as aforesaid, her Heirs, Successors and Assigns, shall manage, let and demise and take and receive the rents, issues and profits of the said hereby granted premises, and to accumulate the income for her son, Reginald C. Noble, a minor, and to use same for the maintenance, support and education of her said son, Reginald C. Noble, or to occupy said premises with her son, Reginald C. Noble, until the said Reginald C. Noble shall attain the full age of twenty-one years. The said Emma J. Noble, Trustee as aforesaid, paying all taxes and charges on said hereby granted premises and making

all necessary and proper repairs thereof. AND from and immediately upon the arrival of the said Reginald C. Noble at the age of twenty-one years, all accumulated funds to be paid over to said Reginald C. Noble, and at that time said premises to vest in the said Reginald C. Noble, his heirs and assigns, free and clear of and from all trusts and limitations and without the necessity of the said Emma J. Noble, Trustee as aforesaid, filing an account.

AND it shall and may be lawful for the said Emma J. Noble, Trustee as aforesaid, at any time during the continuance of said Trust, to sell and dispose of said premises hereby granted, or any part thereof, or to mortgage the said premises, or any part thereof, and by proper deed or deeds, conveyance, mortgage or mortgages or assurances in the law, to grant, convey, mortgage, assure the same to the purchaser or purchasers, mortgagee or mortgagees thereof without any liability on the part of such purchaser or purchasers, mortgagee or mortgagees to see to the application of the purchase or mortgage money.

PROVIDED, however, nevertheless, that in the event of the said Reginald C. Noble dying before he attains the age of twenty-one years, then the said premises shall vest in his mother, the said Emma J. Noble, her heirs and assigns, free, clear and discharged of and from all trusts.

AND in the event of a sale or mortgage of the said premises, the proceeds or the mortgage funds shall be impressed with the same trusts as the premises hereinbefore described and granted are held by her, the said Emma J. Noble, Trustee as aforesaid.

AND

**And** the said Grantors, for themselves and their                                         Heirs, Executors and Administrators, Do    by these presents convenant, grant and agree to and with the said Grantee, her Heirs, Successors                                                                     and Assigns, that    they    the said                Grantors and their

Heirs, all and singular the Hereditaments and Premises hereinbefore described and granted, or mentioned and intended so to be, with the appurtenances, unto the said Grantee, her Heirs, Successors                                                                  and Assigns, against    them    the said    Grantors and their

Heirs, and against all and every other Person or Persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under    him, her,          them, or any of them,                                                                                    shall and will SUBJECT as aforesaid                             WARRANT and forever DEFEND.

**In Witness Whereof,** the said Parties to these Presents have hereunto interchangeably set their hands and seals. Dated the day and year first hereinbefore written.

**Sealed and Delivered**
IN THE PRESENCE OF US

[signature]                                                                                                [signature] (SEAL)
[signature]                                                                                                JOSEPH SCIPIONE
                                                                                                          [signature] (SEAL)
                                                                                                          ANGELA SCIPIONE

I, the undersigned, hereby accept the terms and conditions of within Trust:

[signature] Emma J. Noble
EMMA J. NOBLE

143 N 20-170

**This Indenture,** Made this 17th day of March 1981, 19XX

D- 168-443

**Between,** REGINALD C. NOBLE, singleman

**AND** (hereinafter called the Grantor),

EMMA J. NOBLE

(hereinafter called the Grantee),

**Witnesseth,** That in consideration of ____One Dollar ($1.00)_____ in hand paid, the receipt whereof is hereby acknowledged, the said Grantor___do__ __as__hereby grant and convey to the said Grantee_____ her heirs _____and assigns.

ALL THAT CERTAIN lot or piece of ground known as _____1533 Orland Street., Phila., Pa.___ and more fully described in Exhibit "A" and made a part hereof.

TO HAVE AND TO HOLD the said lot or piece of ground above described with the buildings and _____improvements thereon erected, _____

hereditaments and premises hereby granted, to and for the only proper use and behoof of the said Grantee
___his____ _____heirs and assigns forever. _____

UNDER AND SUBJECT AS AFORESAID

AND the said _____Grantor, for himself, his _____ heirs, executors and administrators do by these presents, covenant, promise and agree, to and with the said Grantee___ ___her___heirs and assigns, that__he__ ___the said Grantor___ and ___his___heirs, all and singular the hereditaments and premises hereby granted or mentioned and intended so to be, with the appurtenances, unto the said Grantee ___her___ ___heirs and assigns, against___him____ ___the said Grantor___ and ___his___heirs, and against all and every person and persons whomsoever lawfully claiming or to claim the same or any part thereof, by, from or under___him, her _____them, or any of them, shall and will ___subject as aforesaid _____
WARRANT and forever DEFEND.

**In Witness Whereof,** the said Grantor ha_s_ executed or caused these presents to be duly executed the day and year first above written.

**Sealed and Delivered**
in the presence of us:

_Reginald C. Noble_ (Seal)
REGINALD C. NOBLE

_Walter B Ball_

Forgery
Fraudulent

_____ (Seal)

_____ (Seal)

_____ (Seal)

NO NOTARY SEAL OR STAMP

AS REQUIRED BY CITY OF PHILADELPHIA
REAL ESTATE TRANSFER TAX ORDINANCE

**Never Authorized** ↓

D- 168-445

__Walter S. Ball__ (Name) certifies that he is connected with the transaction entered into between __Reginald G. Noble__ (Grantor) __1533 Orland St., Phila., Pa. 19126__ (Address of grantor) and __Emma J. Noble__ **NEVER granted** (Grantee) __1533 Orland Street Philadelphia, Pa. 19126__ (Address of grantee) with regard to which this certificate is given in the capacity of _____ and that the true, full and complete consideration of such transaction, including liens and other encumbrances, is __$ 1.00__ Dollars. ($ _____ ).

The highest assessed value of said real estate for local tax purposes is __Fifty One Hundred_____ Dollars ($ __5100__ ).

The fair value of the property is __Fifteen Thousand__ Dollars ($ __15,000__ ).

If the above transaction is not taxable in whole or in part, give detailed explanation in this space.

The above transaction is a transfer from Son to Mother

I hereby certify that the statements contained herein are true and correct to the best of my knowledge and belief. I understand that if I knowingly make any false statement herein I am subject to such penalties as may be prescribed by law or ordinance.

_Walter B Ball_ (Signature)
↑
— he was a realtor

82-127

# EXHIBIT "A"     D- 168-444

**ALL THAT CERTAIN** lot or piece of ground with the buildings and improvements thereon erected,

**SITUATE** in the 10th Ward of the City of Philadelphia.

**BEGINNING** at a point on the Northerly side of Orland Street (40 feet wide) at the distance of Twohundred sixty-six feet ten inches Westwardly from the Westerly side of 15th Street (60 feet wide).

**CONTAINING** in front or breadth on the said Orland Street Sixteen feet and extending of that width in length or depth Northwardly between lines at right angles to the said Orland Street Sixty feet to the middle line of a certain Fourteen feet wide driveway which extends Westwardly from the said 15th Street to 16th Street.

**BEING** No. 1533 Orland Street.

**TOGETHER** with the free and common use, right, liberty and privilege of the above mentioned driveway as and for a passageway and watercourse at all times, hereafter, forever.

**BEING** the same premises which Emma J. Noble, Trustee for Reginald C. Noble, a minor, under deed of trust dated July 2, 1964 and recorded in Deed Book CAD 218 page 143 and Reginald C. Noble by deed dated 9/15/1972 and recorded at Philadelphia County granted and conveyed unto Reginald C. Noble, singleman, in fee.

**UNDER AND SUBJECT** to certain restrictions as of record.

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

D- 168-446

On this, the 17th day of March, 1981, personally appeared Reginald C. Noble, satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained,

or

to be the _____, who acknowledged himself to be the _____ of _____, a corporation, and that he as such officer, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the corporation by himself as _____.

**In Witness Whereof**, I hereunto set my hand and official seal.

_____
MY COMMISSION EXPIRES Dec 17 1984

**Deed**

REGINALD C. NOBLE

TO

EMMA J. NOBLE

PREMISES: 1533 Orland St., Phila., Pa.

14:00 TAX ON $
CITY TRAN #04809
000001 CLKD 03/19/81

The address of the within-named Grantee is 1533 Orland St., Phila., Pa.

Mar 19  3 42 PM '81

F 447

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA, ESTATE OF NOBLE

**DEFENDANTS**
BANK OF AMERICA, and ANTHONY H. BANONE
OFFICE OF THE SECRETARY, DEPARTMENT OF H.U.D. and MARCIA FUDGE, SECRETARY

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  HOUSTON
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☒ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | ☐ 362 Personal Injury - Medical Malpractice | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | |
| | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC 1028A, 18 USC 872, 18 USC 894

Brief description of cause:
Forged Deed, False Claim, Obstruction of Justice, Derivation of Rights, Unconstitutional Practices(Due Process)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 01/18/2022

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT

| | | |
|---|---|---|
| 1. LAST NAME-FIRST NAME-MIDDLE NAME<br>NOBLE, REGINALD CUPID | 2. SERVICE NUMBER<br>B46 72 52 | 3. SOCIAL SECURITY NUMBER<br>202 40 1452 |
| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS<br>NAVY USN | 5a. GRADE, RATE OR RANK  5b. PAY GRADE<br>SR            E-1 | 6. DATE OF RANK<br>27 MAY 71 |
| 7. U.S. CITIZEN  [X] YES  [ ] NO | 8. PLACE OF BIRTH<br>PHILADELPHIA, PENNSYLVANIA | 9. DATE OF BIRTH<br>01 SEP 50 |

**PERSONAL DATA**

**SELECTIVE SERVICE DATA**

10a. SELECTIVE SERVICE NUMBER: 36 146 50 0455
10b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE: #146 PHILADELPHIA, PENNSYLVANIA
10c. DATE INDUCTED: NA

**TRANSFER OR DISCHARGE DATA**

11a. TYPE OF TRANSFER OR DISCHARGE: DISCHARGE
11b. STATION OR INSTALLATION AT WHICH EFFECTED: NAVAL STATION, PHILADELPHIA, PENNSYLVANIA
11c. REASON AND AUTHORITY: [REDACTED]
11d. EFFECTIVE DATE: 15 JUN 71
12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: USS EL PASO
13a. CHARACTER OF SERVICE: REFER TO DD FORM 215
13b. TYPE OF CERTIFICATE ISSUED: REFER TO DD 215
14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED: NOT APPLICABLE
15. REENLISTMENT CODE: [REDACTED]

16. TERMINAL DATE OF RESERVE/UMT&S OBLIGATION: NOT APPLICABLE
17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION
  a. SOURCE OF ENTRY: [X] ENLISTED (First Enlistment)
  b. TERM OF SERVICE (Years): 02
  c. DATE OF ENTRY: 04 NOV 69
18. PRIOR REGULAR ENLISTMENTS: NONE
19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC: SR
20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE: PHILADELPHIA, PENNSYLVANIA
21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE:

22. STATEMENT OF SERVICE

| | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 01 | 05 | 28 |
| | (2) OTHER SERVICE | 00 | 03 | 27 |
| | (3) TOTAL | 01 | 09 | 25 |
| b. TOTAL ACTIVE SERVICE | | 01 | 05 | 28 |
| c. FOREIGN AND/OR SEA SERVICE | | 01 | 01 | 02 |

23a. SPECIALTY NUMBER & TITLE: BM/0100/0000
23b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: 911 WATER TRANS OCCUPS

24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED
NATIONAL DEFENSE SERVICE MEDAL
X
X

25. EDUCATION AND TRAINING COMPLETED
X
X
X
X
X
X

26a. NON-PAY PERIODS/TIME LOST (Preceding Two Years):
EXLV: NONE
TL: 28MAR70 06APR70  15APR71 18MAY71
26b. DAYS ACCRUED LEAVE PAID
27a. INSURANCE IN FORCE (NSLI or USGLI): [ ] YES [X] NO
27b. AMOUNT OF ALLOTMENT: NA
27c. MONTH ALLOTMENT DISCONTINUED: NA
28. VA CLAIM NUMBER: X X
29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE: [ ] $10,000  [ ] $5,000  [ ] NONE  $15,000

30. REMARKS: HIGH SCHOOL -02-

**Evidence of Signature** ↓

31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE: 1533 ORLAND ST., PHILADELPHIA, PA. 19126
32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: *Reginald C. Noble*
33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER: E. J. FOX ASS'T PERS OFF
34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: *Fox*

DD FORM 214N  1 JUL 66
S/N 0102-002-0200
PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.
ARMED FORCES OF THE UNITED STATES
REPORT OF TRANSFER OR DISCHARGE