*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-00295-JDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anthony H. Banone C.E.O.
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons mailed Certified
7020 3160 0002 2616 3461

My fees are $ 60 for travel and $ 10 for services, for a total of $ 70 .

I declare under penalty of perjury that this information is true.

Date: 2/8/2022

Felicia F. Anderson
*Server's signature*

Felicia F. Anderson
*Printed name and title*

610 Old York Rd. Suite 400 Jenkintown, PA 19046
*Server's address*

Additional information regarding attempted service, etc:

USPS TRACKING #

9590 9402 6579 1028 1230 97

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

Reginald-Cupid:Noble, beneficiary
1533 Orland Street
Philadelphia, Pennsylvania
19126



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-00295-JDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Meghan Power, Esq. 325147__

~~was received by me on *(date)*~~ _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __To: Robertson, Anschutz, Schneid, Crane & Partners PLLC sent Certified Mail U.S.P.S. no. 7020 3160 0002 2616 3478__

My fees are $ __$60__ for travel and $ __$10__ for services, for a total of $ __$70__.

I declare under penalty of perjury that this information is true.

Date: __2/8/2022__

__Felicia F. Anderson__
Server's signature

__Felicia F. Anderson, Notary Public__
Printed name and title

__610 Old York Rd. Suite 400, Jenkintown, PA 19046__
Server's address

Additional information regarding attempted service, etc:

0203160000226163461

Your item was delivered to an individual at the address at 2:30 pm on February 11, 2022 in MOUNT LAUREL, NJ 08054.

**USPS Tracking Plus® Available**

**Status**

## Delivered, Left with Individual

February 11, 2022 at 2:30 pm
MOUNT LAUREL, NJ 08054

**Get Updates**

**Delivered**

**Text & Email Updates**
**Tracking History**
**February 11, 2022, 2:30 pm**
Delivered, Left with Individual
MOUNT LAUREL, NJ 08054
Your item was delivered to an individual at the address at 2:30 pm on February 11, 2022 in MOUNT LAUREL, NJ 08054.

**February 11, 2022, 7:06 am**
Out for Delivery
MOUNT LAUREL, NJ 08054

**February 11, 2022, 6:55 am**
Arrived at Post Office
MOUNT LAUREL, NJ 08054

**February 11, 2022, 12:05 am**
Arrived at USPS Regional Destination Facility
TRENTON NJ DISTRIBUTION CENTER

This was sent to the proper address but went to Law Firm, Robertson, Anschutz, Schneid, Crane, PLLC formerly known as RAS Citron Law Offices, since 09/05/2019

**February 10, 2022, 4:57 pm**
Departed USPS Regional Facility
SOUTH JERSEY NJ DISTRIBUTION CENTER

---

**February 10, 2022, 7:45 am**
Arrived at USPS Regional Facility
SOUTH JERSEY NJ DISTRIBUTION CENTER

---

**February 10, 2022, 1:43 am**
Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

---

**February 9, 2022, 4:34 pm**
Departed Post Office
PLYMOUTH MEETING, PA 19462

---

**February 9, 2022, 3:35 pm**
USPS in possession of item
PLYMOUTH MEETING, PA 19462

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-00295-JDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rochelle Bilal Sheriff & Office of the Sheriff

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Sharman mckw , a person of suitable age and discretion who resides there,

on *(date)* 2/9/2022 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 60 for travel and $ 10 for services, for a total of $ 70 .

I declare under penalty of perjury that this information is true.

Date: 2/9/2022

Felicia F. And___
*Server's signature*

Felicia F. Anderson
*Printed name and title*

610 Old York Rd. Suite 400 Jenkintown, PA 19146
*Server's address*

Additional information regarding attempted service, etc:

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-00295-JDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* COURT OF COMMON PLEAS TO Honorable Judge Ida Fox Presiding Judge
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Terri Dugan on behalf of Honorable Judge Ida Fox, a person of suitable age and discretion who resides there,
on *(date)* 2/9/2022, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 60.00 for travel and $ 10.00 for services, for a total of $ 70.00.

I declare under penalty of perjury that this information is true.

Date: 2/9/2022

Felicia F. Anderson
*Server's signature*

Felicia F. Anderson, Notary Public
*Printed name and title*

610 Old York Rd. Suite 400 Jenkintown, PA 19146
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-00295-JDW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Marcia Fudge, Secretary, of United States Housing and
was received by me on *(date)*                        .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent To Plaintiff, by Certified Mail, number is 7020 3160 0002 2616 3485

My fees are $ 60.00 for travel and $ 10.00 for services, for a total of $ 70.00 .

I declare under penalty of perjury that this information is true.

Date: 2|10|2022

Felicia F. Anderson
*Server's signature*

Felicia F. Anderson, Notary Public
*Printed name and title*

610 Old York Rd. Suite 400 Jenkintown, PA 19095
*Server's address*

Additional information regarding attempted service, etc:

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-00295-JDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anthony H. Banone C.E.O.
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons mailed Certified 7020 3160 0002 2616 3461

My fees are $ 60 for travel and $ 10 for services, for a total of $ 70.

I declare under penalty of perjury that this information is true.

Date: 2/8/2022

Felicia F. Anderson
Server's signature

Felicia F. Anderson
Printed name and title

610 Old York Rd. Suite 400 Jenkintown, PA 19046
Server's address

Additional information regarding attempted service, etc:

**USPS TRACKING #**

9590 9402 6579 1028 1230 97

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box

Reginald-Cupid: Noble, beneficiary
1533 Orland Street
Philadelphia, Pennsylvania
19126



