UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
601 Market Street First Floor, Federal Courthouse
Philadelphia Pennsylvania 19106

UNITED STATES OF AMERICA
ex-rel ESTATE OF NOBLE,
OFFICE OF THE SECRETARY
U.S. DEPARTMENT OF URBAN DEVELOPMENT
 Plaintiff/Claimant
          vs

COURT OF COMMON PLEAS et. alii

Rochelle Bilal, Sheriff                                    Case no. 2:22-CV-00295
_____
OFFICE OF THE SHERIFF
PHILADELPHIA COUNTY et. alii

Anthony H. Banone CEO. and
BANK OF AMERICA NA. et. alii

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC et. alii
   Defendant(s)/Respondent(s)
_____

**MOTION FOR EMERGENCY INJUNCTION AND RESTRAINING ORDER**

Pursuant to: Rule 65

On or about Feberuary 05, 2022, deputy sheriff named Paris davenport, came to 1533 orland street, my home to serve another eviction notice, scheduled for March 07th 2022 the sheriff was informed, that the matter is in the United States Federal District Court, and is on the Docket in Common Pleas Court showing that Case no. 190501616 has been removed from Common Pleas Court jurisdiction, then Deputy Sheriff Davenport

said the eviction is as scheduled, and they will be moving forward, even after being shown, and given proof that the case is no longer in there jurisdiction therefore I man move this Honorable Court to grant an injunction and restraining order for the Plaintiff restraining the Philadelphia Sheriff Departments and its officers to stop there harassment, and unlawful trespassing, until all legal options are exhausted.

by: ✗ reginaldnoble YHWH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
601 Market Street First Floor, Federal Courthouse
Philadelphia Pennsylvania 19106

UNITED STATES OF AMERICA
ex-rel ESTATE OF NOBLE,
OFFICE OF THE SECRETARY
U.S. DEPARTMENT OF URBAN DEVELOPMENT
 Plaintiff/Claimant
            vs

COURT OF COMMON PLEAS et. alii

Rochelle Bilal, Sheriff                                          Case no. 2:22-CV-00295
_____

OFFICE OF THE SHERIFF
PHILADELPHIA COUNTY et. alii

Anthony H. Banone CEO. and
BANK OF AMERICA NA. et. alii

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC et. alii
     Defendant(s)/Respondent(s)

---

## ORDER

On this_____day in the month of_____ in the year 20_____ that this Honorable Court grants Plaintiff Motion for an Injunction, and restraining Order.


It is so ORDERED and GRANTED with prejudice.


                                                    _____
                                                                    J



CITY OF PHILADELPHIA
SHERIFF'S OFFICE
100 S. Broad Street, 5th Floor
Philadelphia, PA 19102

REGINALD NOBLE
1533 ORLAND Street
PHILA, PA 19126



# EVICTION NOTICE

**COUNTY AND CITY OF PHILADELPHIA**
**PHILADELPHIA SHERIFF'S OFFICE**
**CIVIL ENFORCEMENT UNIT**

**SHERIFF NUMBER # 254051**

TO: JUDGMENT DEBTOR, MEMBERS OF THE JUDGMENT DEBTOR'S HOUSEHOLD, AND ANY OCCUPANTS RESIDING WITH THE JUDGMENT DEBTOR.

BY VIRTUE OF A *WRIT OF POSSESSION* OF REAL PROPERTY, A COPY OF WHICH IS ATTACHED, YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THE WRIT NOT LATER THAN:

**MONDAY, MARCH 7, 2022 AT 9:00 A.M.**

DEPUTY SHERIFF DAVENPORT PHONE # (215) / OFFICE # (215) 686-3542

CIVIL ENFORCEMET PHONE # 215-686-3542 / FAX # 215-686-3555

100 S. BROAD STREET 5TH FLOOR, PHILADELPHIA, PA 19110

*Paris Davenport Officer*

254051

COURT OF COMMON PLEAS

NO. 190501616

BANK OF AMERICA, N.A.
Plaintiff
v.
REGINALD NOBLE YHWH
TENANT/OCCUPANT
Defendant(s)

WRIT OF POSSESSION

Costs
Prothy Pd.
Judgment Fee
Satisfaction Fee

By: *Meghan Poner*
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
133 Gaither Drive, Suite F
Mount Laurel, NJ 08054
ATTORNEY FOR PLAINTIFF

NOV -4 2021 A 10: 00
PHILA SHERIFF'S OFFICE
CIVIL OPERATIONS

Address: 1533 ORLAND STREET PHILADELPHIA, PA 19126
WHERE PAPERS MAY BE SERVED

18-187282 - MeM

Case ID: 190501616



**City Of Philadelphia**
**Office Of The Sheriff**

PARIS DAVENPORT
DEPUTY SHERIFF
CIVIL ENFORCEMENT

CELL # 215-858-0534

LAND TITLE BUILDING 5TH FL.
100 S. BROAD ST.
PHILADELPHIA, PA 19110

PHONE: 215-686-3542
FAX: 215-686-3555
PARIS.DAVENPORT@PHILA.GOV

CITY OF PHILADELPHIA
SHERIFF'S OFFICE
100 S. Broad Street, 5th Floor
Philadelphia, PA 19102



REGINALD NOBLE
1533 ORLAND STREET
PHILA, PA 19126



FedEx Office
636 Old York Rd
Jenkintown, PA 19046
Phone: (215) 576-1687
Fax: (215) 576-1819

Exhibit (1-A)

Fax Confirmation Report

To: 215-686-3555
Date: 2/16/2022
Started: 02:10 PM
Ended: 02:13 PM
Originals: 4
Sent: 4



```
              636 Old York Rd
             Jenkintown, PA 19046
                (215) 576-1687


Terminal: 1453MIX01
2/16/2022 14:14
Receipt #: 1453S8T1558
Type: Purchase

Qty    Description                Amount
3      SS Fax - Local Send         6.57
       215-686-3555


       SubTotal                    6.57
       District tax                0.00
       City tax                    0.00
       County tax                  0.00
       State tax                   0.00

       Total                 USD $6.57

Acct #:************7387
VISA DEBIT
Chip Read
Auth No.: 610965
Mode: Issuer
AID: A0000000031010
NO CVM
CVM Result: 5F0002
TVR: 8000008000
IAD: 0601120360A000
TSI: 6800
ARC: 00
APPROVED


The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.
```



Tell us how we're doing and get a coupon for $7 off a print order of $40.* Complete our survey by scanning the QR code below, visit **fedex.com/welisten**.



Offer expires 6/30/2022

*$7 off print order of $40.00 or more. Discount applies to orders placed in a FedEx Office store or online through FedEx Office® Print Online. Offer is valid at time of purchase only, no cash value and may not be discounted or credited toward past or future purchases, discount cannot be used in combination with custom-bid orders, other coupons, or discounts, including account pricing. Discount not valid on the following products and services: finishing only orders, self-service print, photo station, fax or scan, direct mail, EDDM® or postage. Does not apply to shipping, Custom Branded boxes, rush or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services and hours may vary by location. © 2021 FedEx. All rights reserved. Offer expires 6/30/2022.

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit **fedex.com/officeserviceterms** for details.



# Fax Cover Sheet

Date **02/16/2022**

Number of pages **4** (including cover page)

To: **Office of the Sheriff**

Name **Deputy Sheriff Paris Davenport**

Company **Philadelphia Sheriff Department**

Telephone _____

Fax **215-686-3555**

## From:

Name **Reginald-Cupid:Noble, beneficiary**

Company **Noble Heirs**

Telephone **267-292-7634**

Comments **This is the second notice case no. 190501616 has been removed from Court of Common Pleas to the United States Federal District Court in Eastern Pennsylvania**

Fax - Local Send    Fax - Domestic Send    Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2021 FedEx. All rights reserved. Products, services and hours vary by location. 622.OP03.001    2188309R

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| REGINALD C. NOBLE, UNITED STATES OF AMERICA ESTATE OF NOBLE, IN TRUST TO REGINALD C. NOBLE/GRANTOR/SETTLER also known as REGINALD NOBLE, YHWH, UNITED STATES OF AMERICA EX-REL: ESTATE OF NOBLE OFFICE OF THE SECRETARY FOR HOUSING AND URBAN DEVELOPMENT, ET ALII <br> *Plaintiff(s)* <br> v. <br> COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, ET ALII, OFFICE OF THE SHERIFF, PHILADELPHIA COUNTY, ET ALII, CEO ANTHONY H. BANONE, BANK OF AMERICA NA, ET ALII, ROBERTSON, ANSCHUTZ, SCNEID, CRANE & PARTNERS PLLC, ET ALII <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 22-295 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
REGINALD C. NOBLE
1533 ORLAND ST.
PHILADELPHIA, PA 19126
Email: israel194962@protonmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: _____2/7/2022_____   s/Nicole Durso

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:22-cv-00295-JDW

NOBLE et al v. COURT OF COMMON PLEAS, PHILADELPHIA COUNTY ET ALII et al
Assigned to: DISTRICT JUDGE JOSHUA D. WOLSON
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 01/19/2022
Jury Demand: None
Nature of Suit: 230 Real Property: Rent Lease & Ejectment
Jurisdiction: Diversity

**Plaintiff**
REGINALD C. NOBLE

represented by REGINALD C. NOBLE
1533 ORLAND ST.
PHILADELPHIA, PA 19126
Email: israel194962@protonmail.com
PRO SE

**Plaintiff**
UNITED STATES OF AMERICA
*ESTATE OF NOBLE, IN TRUST TO REGINALD C. NOBLE/GRANTOR/SETTLER*
also known as
REGINALD NOBLE, YHWH

represented by UNITED STATES OF AMERICA
C/O REGINALD C. NOBLE
1533 ORLAND ST.
PHILADELPHIA, PA 19126
Email: israel19462@protonmail.com
PRO SE

**Plaintiff**
UNITED STATES OF AMERICA EX-REL: ESTATE OF NOBLE
*OFFICE OF THE SECRETARY FOR HOUSING AND URBAN DEVELOPMENT, ET ALII*

represented by UNITED STATES OF AMERICA EX-REL: ESTATE OF NOBLE
C/O REGINALD C. NOBLE
1533 ORLAND ST.
PHILADELPHIA, PA 19126
Email: israel194962@protonmail.com
PRO SE

V.

**Defendant**
COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, ET ALII

**Defendant**
OFFICE OF THE SHERIFF, PHILADELPHIA COUNTY, ET ALII

**Defendant**
CEO ANTHONY H. BANONE

**Defendant**
BANK OF AMERICA NA, ET ALII

**Defendant**
ROBERTSON, ANSCHUTZ, SCNEID, CRANE & PARTNERS PLLC, ET ALII

| Date Filed | # | Docket Text |
|---|---|---|

| 01/19/2022 | 1 | COMPLAINT against BANK OF AMERICA NA, ET ALII, ANTHONY H. BANONE, COURT OF COMMON PLEAS, PHILADELPHIA COUNTY ET ALII, OFFICE OF THE SHERIFF, PHILADELPHIA COUNTY, ET ALII, ROBERTSON, ANSCHUTZ, SCNEID, CRANE & PARTNERS PLLC, ET ALII (Filing fee $ 402.), filed by UNITED STATES OF AMERICA EX-REL: ESTATE OF NOBLE, REGINALD C. NOBLE, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit)(fdc, ) (Entered: 01/24/2022) |
|---|---|---|
| 01/19/2022 | 2 | AFFIDAVIT of Truth by REGINALD C. NOBLE, UNITED STATES OF AMERICA, UNITED STATES OF AMERICA EX-REL: ESTATE OF NOBLE. (Attachments: # 1 Text of Proposed Order)(fdc) (Entered: 01/24/2022) |
| 01/19/2022 | 3 | PRO SE NOTICE RE:GUIDELINES. (fdc) (Entered: 01/24/2022) |
| 01/24/2022 | | Filing fee: $ 402, receipt number 236105 (sg) (Entered: 01/24/2022) |
| 01/25/2022 | 4 | Petition for Emergency Stay and Temporary Injunction filed by REGINALD C. NOBLE.(fdc) (Entered: 01/27/2022) |
| 01/25/2022 | 5 | NOTICE OF REMOVAL by REGINALD C. NOBLE from Court of Common Pleas of Philadelphia County, case number 190501616. (fdc) (Entered: 01/27/2022) |
| 02/01/2022 | 6 | NOTICE TO STRIKE MOTION FOR TEMPORARY INJUNCTION (STAY) by REGINALD C. NOBLE. (NO ENVELOPE ATTACHED) (fdc) (Entered: 02/02/2022) |
| 02/01/2022 | 7 | NOTICE OF ERROR by REGINALD C. NOBLE. (NO ENVELOPE ATTACHED) (fdc) (Entered: 02/02/2022) |
| 02/07/2022 | | Summons Issued as to BANK OF AMERICA NA, ET ALII, ANTHONY H. BANONE, COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, ET ALII, OFFICE OF THE SHERIFF, PHILADELPHIA COUNTY, ET ALII, ROBERTSON, ANSCHUTZ, SCNEID, CRANE & PARTNERS PLLC, ET ALII. Forwarded To: Handed to Plaintiff and Emailed on 02/07/2022 (nd, ) (Entered: 02/07/2022) |