IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINALD C. NOBLE**,<br><br>*Plaintiff*<br><br>v.<br><br>**COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, et al.**,<br><br>*Defendants* | Case No. 2:22-cv-00295-JDW |

# ORDER

**AND NOW**, this 18th day of February, 2022, upon review of Plaintiff Reginald C. Noble's Complaint (entitled a Notice of Removal) (ECF No. 1), the Notice Of Removal (ECF No. 5), and the Motion For Emergency Injunction And Restraining Order (ECF No. 9), the Court notes as follows.

1. Mr. Noble's Complaint does not make clear whether he intended to remove his state court eviction matter to this Court or whether he intends to pursue new claims based on what happened in the Philadelphia County Court of Common Pleas.

2. To the extent Mr. Noble intended to remove the eviction matter, he filed the Notice of Removal well beyond the thirty-day limitation in 28 U.S.C. § 1446(b). To the extent Mr. Noble intends to assert new claims, the *Rooker-Feldman* doctrine appears to bar them. Either way, it is not clear that the Court has subject matter jurisdiction over this dispute.

3. Mr. Noble's Notice Of Removal references the Court's diversity jurisdiction, but Mr. Noble is a resident of Pennsylvania, and he has sued some defendants that also reside in Pennsylvania, including the Philadelphia County Sheriff and the Philadelphia Court of Common Pleas.

4.       Before the Court can entertain Mr. Noble's Motion For Emergency Injunction And Restraining Order (ECF No. 9), which seeks to halt the eviction proceedings scheduled for March 7, 2022, the Court must ensure that it has subject matter jurisdiction over this case.

In light of the foregoing, including the fact that time is of the essence for Mr. Noble, it is **ORDERED** that Mr. Noble shall show cause in a memorandum not to exceed ten (10) pages filed on or before February 25, 2022, explaining why the Court has subject matter jurisdiction over this case and why the Court should not remand this matter to the Philadelphia Court of Common Pleas.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.