**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| REGINALD NOBLE, et ux., | |
| Plaintiff(s), | Civil Action |
| v. | No. 2:22-cv-00295-JDW |
| COURT OF COMMON PLEAS PHILADELPHIA COUNTY, *et al.* | |
| Defendants. | |

## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF COURT:

Kindly enter the appearance of Michelle H. Badolato, Esquire of Stradley Ronon Stevens & Young, LLP, on behalf of Defendant Bank of America, N.A. in the above matter.

/s/ *Michelle H. Badolato*
Michelle H. Badolato, Esquire
(PA Id. No. 207727)
STRADLEY RONON STEVENS & YOUNG, LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
T: (856) 321-2401
F: (856) 321-2415
mbadolato@stradley.com

*Attorneys for Defendant*
*Bank of America, N.A. through its attorney in*
*fact PHH Mortgage Corporation*

Dated: February 24, 2022

## CERTIFICATE OF SERVICE

I, Michelle H. Badolato, hereby certify that on February 24, 2022, I caused the foregoing Notice of Appearance to be electronically filed via the Court's ECF's system. The foregoing document is available for viewing and downloading form the PACER system by all parties and counsel of record.  The foregoing document was also sent via first class mail and E-Mail to:

Reginald C. Noble
1533 Orland Street
Philadelphia, PA 19126
*Pro Se Plaintiff*

*/s/ Michelle H. Badolato*
Michelle H. Badolato

5504407