IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINALD C. NOBLE,** et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> **COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, ET AL II,** et al., <br><br> *Defendants.* | Case No. 2:22-cv-00295-JDW |

## ORDER

AND NOW, this 24th day of February, 2022, upon consideration of Defendant Bank of America, N.A's letter requesting an extension of the deadline to answer, move, or otherwise respond to Plaintiff's Complaint, it is **ORDERED** that Defendant Bank of America, N.A. shall have until March 14, 2022, to answer, move, or otherwise respond to Plaintiff's Complaint.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.