# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINALD C. NOBLE**,<br><br>*Plaintiff*<br><br>v.<br><br>**COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, et al.**,<br><br>*Defendants* | Case No. 2:22-cv-00295-JDW |

### ORDER

**AND NOW**, this 1st day of March, 2022, upon consideration of Plaintiff Reginald C. Noble's Letter To The Honorable Judge Wolson (ECF No. 13) in response to the Court's Order to Show Cause (ECF No. 10), and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** as follows:

1. The ejectment matter, *Bank of America, N.A. v. Reginald Noble YHWH*, Case No. 190501616, is **REMANDED** to the Philadelphia Court of Common Pleas;

2. In light of Mr. Noble's pending Motion For Emergency Injunction And Restraining Order (ECF No. 9), the Clerk of Court shall **REMAND** this matter **IMMEDIATELY**; and

3. To the extent Mr. Noble intended to assert new claims against Defendants in this matter, those claims are **DISMISSED WITH PREJUDICE**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.