IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINALD C. NOBLE,** et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>**COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, ET AL II,** et al.,<br><br>*Defendants.* | Case No. 2:22-cv-00295-JDW |

## ORDER

AND NOW, this 18th day of March, 2022, upon review of the docket, having noted that this case was remanded to the Philadelphia Court of Common Pleas, on March 1, 2022, and Plaintiff filed his Memorandum for Emergency Injunction and Restraining Order (ECF No. 16) on March 2, 2022 after the case was remanded, it is **ORDERED** that the Clerk of the Court shall **TRANSFER** Plaintiff's Memorandum for Emergency Injunction and Restraining Order (ECF No. 16) to the Philadelphia Court of Common Pleas.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.