REC'D JUN 21

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

601 Market Street   First Floor Clerk's Office, Philadelphia Pennsylvania 19106

Ex- Rel. United States/United States of America, et al.

**Estate of Noble,**

Office of the Secretary/Department of Justice     CASE NO. **2:22-cv-00295-JDW**

and Department of Housing & Urban Development, et alii

And Additional-Crime-Victims and Claimants:

6. Universal-Co-Operative Memberships, Inc. (Member-Claimant (s) )
7. Estate of McNi'el-MCNEIL, and Heir-Beneficiaries
8. Estate of Goodman, and Heir-Beneficiaries
9. Estate of Goodman-Hooper, and Heir-Beneficiaries
10. Estate of Michele-Goodman-Hooper, and Heir-Beneficiaries, et alii

Vs.

**COURT ADMINISTRATOR, COURT OF COMMON PLEAS
OF PHILADELPHIA COUNTY, COMMONWEALTH OF PENNSYLVANIA, Inc., et. alii**

**OFFICE OF THE SHERIFF, ITS SHERIFF AND DEPUTIES AND BOND INSURER,
PHILADELPHIA COUNTY,** et. alii

Anthony H. Banone, CEO, and **BANK OF AMERICA, DISHONESTY BOND INSURER,**

**ROBERSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC,** et. alii

And <u>U.S. Bank, its Trustees, Agents, Officers and unknown Attorney's Dishonesty-Bond Insurers, et. alii</u>

<u>NOTICE OF REMOVAL TO THE UNITED STATES FEDERAL JURISDICTION!</u>

To Whom It May Concern!

To the Chief-Clerk!   Kindly accept Service and Notice of Removal to U.S. Courts

Pursuant to the Federal Removal Statute, Court Rules and Title 18 USC. 241-242 and Title 42 USC 14141 Deprivation of Rights and Practices, Procedure, et seq.

Please amend your Files to reflex the Notice of Removal and forward Case File!

## Notice/Proof of Service of Filed Removal/Dated June 6, 2022
## And or Notice of Appeal By Right to Commonwealth Court:

In re: U.S. BANK, and its Trustee(s) Agents officers and Attorneys, et al.,

VS.

MICHELE GOODMAN-HOOPER, et al.    Lower Court CASE NO. 170302349

VS.           (As Answering-Defense- Now Counter-Claimants w/bond$)

U.S. BANK, AND ITS Trustees and Attorneys DISHONESTY-BOND Insurer ?

AND

COMMONWEALTH, its AGENTS – OFFICERS AND COURT(S) JUDGE(S), ET AL

**NOTICE** OF REMOVAL TO THE PROPER COURT JURISDICTION OVER CASE AND RIGHT TO DUE PROCESS AND PROTECTION AGAINST ATTORNEY FRAUD ON CASE AND BY UN-REGISTERED FICTICIOUS-NAME ACT REGISTRATION VIOLATOR(S) AND FOR THE COMMONWEALTH COURT TO SAY WHAT THE LAW OF THE CASE?

From: Mr. & Mrs. Goodman—Hooper, being Registered Philadelphian(s) who own land and its betterments located near the Philadelphia Province- Jurisdiction of this United States..

Religious Name user:   1. Michele-Goodman-Hooper, a married woman of God

  2. Michele-Goodman, a Heir-Beneficiary and Assignee

  3. MICHELE-GOODMAN-HOOPER, a Counter-claimant ASSIGNOR

Trust Mailing Service: C/o- Post Office Box 676 Trenton-New Jersey (08604)

**Served by:** Universal-Co-Op. Memberships, Inc. (PA-2626803)

**Posted by Server:** _[signature]_ Treaty-Attorney-In-Fact-Consuli

POSTED AT THE Court House and City Hall, Served the Attorney General for the Corporate-COMMONWEALTH, ITS COURTS, OFFICERS and CASE JUDGE (S):

Note: Service Refused by: 1. Sheriff of Philadelphia, Deputy on  6/9/2022 cp
2. Chief Clerk and or Office Manager at City Hall, room 296 on  6/9/2022 cp

*Return / Want of Jurisdiction*
*Attorney Lack Status*

# BROCK & SCOTT
## PLLC

ROSEMARIE DIAMOND
ADMITTED IN PENNSYLVANIA,
NEW JERSEY

JAY JONES
ADMITTED IN PENNSYLVANIA,
NEW JERSEY

THOMAS E. BROCK
ADMITTED IN NORTH
CAROLINA

GREGORY A. SCOTT
ADMITTED IN NORTH
CAROLINA

2011 Renaissance Boulevard, Suite 100, King of Prussia, PA 19406
ConsumerContact@brockandscott.com
(844) 856-6646 Consumer Hotline
www.brockandscott.com

March 25, 2022

PHILADELPHIA CITY HALL
ROOM 284, CITY HALL
PHILADELPHIA, PA 19107

*"Ficticious Name Violation"*
*"No Contract" (See Note $?)*

RE: U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-AMC1 v. MICHELE GOODMAN HOOPER A/K/A MICHELE GOODMAN-HOOPER A/K/A MICHELE GOODMAN,
PHILADELPHIA County CCP, No. 170302349
B&S File No.: 20-08156

*Counter-plaintiff(s) (Status)*
*vs. Commonwealth and Brock & Scott et al.*

Dear Sir or Madam:

Enclosed for filing please find Motion to Reassess Damages, Certificate of Compliance, Brief in Support thereof, and Certification of Service with regard to the above captioned matter. Kindly return a time-stamped copy of the enclosed in the self-addressed stamped envelope provided for your convenience.

*"Notice - Reported!"*

Respectfully,
Brock & Scott, PLLC *Counter-Defendant*
*"Not Registered - Violation, et seq.*
*$500.00 Penalty + Per-Torts*
*See Mail Fraud + Crimes*

Enclosure

cc:

*Hon.* Michele Goodman Hooper a/k/a Michele Goodman-Hooper a/k/a Michele Goodman
*Counter-Plaintiff v. Comm. + it's Attorney(s).*
*Per-Comm. v. Justin Irland, + McNiel Trust(s)*
*Suprem Ct. Affirmed - Comm. Court Order*

313 MD 2022

RECEIVED
COMMONWEALTH COURT
OF PENNSYLVANIA
2022 JUN -6 PM 4:55

COURT OF CLAIMS
___ NOTICE to Supreme Court for Extraordinary Jurisdiction Rule 3309, et seq.
✓ COMMONWEALTH-COURT 42 PA. C.S.A. 761, ET SEQ.
✓ STATE LOWER COURT OF Phila. Common Pleas, et seq.
✓ NOTICE OF REMOVAL FOR WANT OF JURISDICTION,
KING'S BENCH-APPLICATION FOR EXTRAORDINARY-REMEDY
✓ AND RELIEF UNDER 42 Pa. C.S. Sec. 726 AND Pa. Consti. Art. 1-SEC. 11;
"Suit(s) against... and "Every-Man's injury remedy... without sale-denial-or delay"
✓ "New-Matters and Counter-Claim Pa. Rule 1030-1031 and 3309 (a-d)

In Re:
**U.S. Bank, & Trustee** (In REM)    Court Case No. **170302349 + Appeals**

vs    "NOTICE TO TRANSFER JURISDICTION"

**Michele Goodman-Hooper** (In REM) (Pa) Rule 3309 (a)(b)(c)(D), ET SEQ.

And    STAYS AND SUPERCEDEAS"

✓ **M. Goodman-Hooper, Heirs Trustees**, a free-man and volunteer-tax payer(s) (Wife)

vs

✓ **U.S. Bank, Trust / Trustees**, Its Unknown-Owner(s) et al ?

And

✓ **COMMONWEALTH GOV.**, Its Attorney(s) Dishonesty-Bond-Insurer ?

Unknown Attorney of Record and its Dishonesty-Bond-Insurer ?

NOTICE OF NEW MATTERS RULE 1030 (a)... accord-satisfaction (b) immunity from suit.   1031. (a)(b) Answer-Counter-Claim(s) And Notice of Removal-to-Supreme Court-Jurisdiction Rule 3309(a)-(b)-(c)-(d): STAYS AND SUPERSEDEAS. Incorporated.

**And Now**, the Defense (Affirmative-Defenses) above cited do herein serve its notice Of Removal from the lower-court to the Original-Jurisdiction of the Supreme-Court, under Rule 3309 (a) (b)(c)(d) General rule-- An application for Constitution(al) Remedy and relief under 42 Pa. C.S. Section 726, and Constitution-declaration of Right, Article 1, section 1, section 3- and section 11; Suits and Every-man's injury remedy... administered by the supreme court without sale denial or delay. **Incorporated and made part herein** for extraordinary jurisdiction or for remand to the **Original jurisdiction under 42 Pa. 761.**

**Original jurisdiction of the Commonwealth Court,** for suits against the COMMONWEALTH, Commonwealth-Government, its agents-officers or when a party defendant, et al. ?

**WHEREFORE,** FOR THE ABOVE POSTED NOTICE FOR THE CHIEF CLERK TO RECORD THE **NOTICE OF REMOVAL** AND **STAY** PENDING REMAND.   "Accepted for Value" SIGNED and SEALED, by me on this 3rd day of June, 2022, (s) M.G. Hooper, Jr.

For His Person and Heir-Beneficiary Now-Counter-Plaintiff(s) for Remedy-Bill for Deposit only.

---

**SECURED NOTE**

Pay to the Order of: Commonwealth Court, as assignee -acceptor of this secured note in the sum of Two Hundred Thousand ($200,000.)

**For:** Value and Consideration given for Religious-Liberty and surety Services given herein. 6.5.2 Bonds

Note assigned to: State, U.S.A./SCt, assignee   By: M.G.H.H. Trust, assignor

---

**POSTED-NOTICE!**

**NOTICE** is hereby **POSTED** at the Court House and at CITY HALL and at the Commonwealth-Government, Its Attorney General Office and for Clerk Service upon: The above Cited PERSON, Corporate-entity and its Owner(s) and Bond Insurer (s) ?

**Service by POST OFFICER** as registered on the Records of the POST-Officer-General! SEE Post Officer's Receipts:

Served
Pa/commonwealth
Attorney General

RECEIVED
JUN -6 REC'D
Appeals & Legal
Services Section



RECEIVED
JUN 21 REC'D
By behalf of
mayor/sheriff/city