IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINALD C. NOBLE**, <br><br> *Plaintiff* <br><br> v. <br><br> **COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, et al.**, <br><br> *Defendants* | Case No.  2:22-cv-00295-JDW |

## ORDER

**AND NOW,** this 1st day of July, 2022, upon review of Plaintiff Reginald Noble's Notice Of Mistaken Use (ECF No. 23), the Court notes as follows.

1. In a Memorandum and Order dated March 1, 2022, the Court held that it did not have subject matter jurisdiction over the claims Mr. Noble sought to remove to federal court. (*See* ECF Nos. 14 & 15.) On June 21, 2022, Mr. Noble filed a letter, which the Court construed as an Amended Notice Of Removal, removing what appeared to be the same claims to the Court. (*See* ECF No. 19.) In light of its prior decision, the Court ordered Mr. Noble to show cause explaining why the Court has subject matter jurisdiction over his claims and why the Court should not impose sanctions for frivolous filings. (*See* ECF No. 20.)

2. On June 30, 2022, Mr. Noble notified the Court that he made a mistake and used an incorrect docket number on the Amended Notice Of Removal.  (ECF No. 23.)

Therefore, it is **ORDERED** that Mr. Noble's Amended Notice Of Removal is **STRICKEN**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.
